CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

**FILED**

Dec 05 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALEB ALEXANDER RANNEY,<br><br>　　　　Defendant. | ) CASE NO. 3:25-cr-00416 MAG<br>)<br>)<br>) VIOLATIONS:<br>) 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer<br>) 18 U.S.C. § 1361 – Destruction of Government<br>) Property<br>)<br>) SAN FRANCISCO VENUE<br>) |

# I N F O R M A T I O N

The United States Attorney charges:

<u>COUNT ONE</u>:　　　　(18 U.S.C. § 111(a)(1) – Assault on a Federal Officer)

On or about August 8, 2025, in the Northern District of California, the defendant,

CALEB ALEXANDER RANNEY,

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in 18 U.S.C. § 1114, to wit: Immigration and Customs Enforcement Deportation Officer Victim One, an officer and employee of the United States and of any agency in any branch of the United States Government, while he was engaged in and on account of his performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

//

//

INFORMATION　　　　　　　　　　　　　　　　1

COUNT TWO:          (18 U.S.C. § 1361 – Destruction of Government Property)

On or about August 8, 2025, in the Northern District of California, the defendant,

CALEB ALEXANDER RANNEY,

willfully injured and committed a depredation against property of the United States and of any department and agency thereof, specifically a sally port located on the Jackson Street side of the building at 630 Sansome Street in San Francisco, California, causing damage in an amount less than $1,000, all in violation of Title 18, United States Code, Section 1361.


DATED:  December 5, 2025                              CRAIG H. MISSAKIAN
                                                     United States Attorney


                                                      */s/ E. Wistar Wilson*
                                                     E. WISTAR WILSON
                                                     Assistant United States Attorney

INFORMATION                                  2