CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      FAX: (415) 436-7324
      Wistar.Wilson@usdoj.gov
      Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CALEB ALEXANDER RANNEY,<br><br>    Defendant. | Case No. 25-CR-00416-TSH<br><br>**STIPULATION AND ORDER TO SET PRETRIAL DEADLINES**<br><br>Trial Date:  July 27, 2026<br>Courtroom: E – 15th Floor<br><br>Hon. Thomas S. Hixson |

      The above-titled matter is currently scheduled for a jury trial beginning on July 27, 2026.  The parties have met and conferred regarding pretrial deadlines and stipulate to the below proposed schedule of pretrial deadlines.  All deadlines apply to both parties unless otherwise stated:

| Date | Deadline |
| --- | --- |
| June 3, 2026 | Expert Disclosures |
| | Rule 12.1, 12.2, 12.3 Notice(s) (Defense only) |
| June 10, 2026 | Rule 16 Discovery (any discovery obtained thereafter must be disclosed within 48 hours) |
| | Disclosure of *Brady/Giglio/Jencks* material in possession, custody, or control of government.  Any additional material obtained after this deadline must be turned over within 48 hours. (Government only) |
| | Notice of 404(b) Evidence (Government only) |
| | Notice of Co-conspirator Statements (Government only) |
| June 17, 2026 | Rebuttal Expert Disclosures |
| | Exchange of Draft Exhibit List and Witness List |
| | Supplemental Juror Questionnaire Questions, Objections to Juror Questionnaire Questions |
| | Proposed Language for Case-Specific Questions in Standard Juror Questionnaire |
| June 24, 2026 | Motions *In Limine* |
| | File Exhibit List and Witness List, and Provide Court with Physical Binder of Contemplated Exhibits |
| July 1, 2026 | Oppositions to *Motions in Limine* |
| | Joint Proposed Jury Instructions |
| | Proposed Verdict Form |
| | Joint Pretrial Conference Statement |
| | Joint Involved Individuals List |
| July 9, 2026 | Pretrial Conference at 10 a.m. |
| July 22, 2026 | Copies of Physical Exhibit Binders for Court and Witnesses Delivered to Court |
| July 23, 2026 | Juror Excusal Hearing (Based on Juror Questionnaire Responses) at 10 a.m. |
| July 27, 2026 | Jury Trial |

STIPULATED ORDER 25-
CR-00416-TSH                                    2

IT IS SO STIPULATED.

DATED: May 20, 2026                    Respectfully submitted,

                                              CRAIG H. MISSAKIAN
                                              United States Attorney


                                                      _/s/_____
                                              E. WISTAR WILSON
                                              ELI J. COHEN
                                              Assistant United States Attorneys


DATED: May 20, 2026

                                              JODI LINKER
                                              Federal Public Defender


                                                      _/s/_____
                                              ANGELA CHUANG
                                              Assistant Federal Public Defender

STIPULATED ORDER 25-
CR-00416-TSH                              3

## ORDER

The Court hereby adopts the proposed schedule for pretrial deadlines set forth below, and sets a pretrial conference for July 9, 2026 at 10:00 AM, and a juror excusal hearing for July 23, 2026, at 10:00 AM.

| Date | Deadline |
| --- | --- |
| June 3, 2026 | Expert Disclosures |
|  | Rule 12.1, 12.2, 12.3 Notice(s) (Defense only) |
| June 10, 2026 | Rule 16 Discovery (any discovery obtained thereafter must be disclosed within 48 hours) |
|  | Disclosure of *Brady/Giglio/Jencks* material in possession, custody, or control of government.  Any additional material obtained after this deadline must be turned over within 48 hours. (Government only) |
|  | Notice of 404(b) Evidence (Government only) |
|  | Notice of Co-conspirator Statements (Government only) |
| June 17, 2026 | Rebuttal Expert Disclosures |
|  | Exchange of Draft Exhibit List and Witness List |
|  | Supplemental Juror Questionnaire Questions, Objections to Juror Questionnaire Questions |
|  | Proposed Language for Case-Specific Questions in Standard Juror Questionnaire |
| June 24, 2026 | Motions *In Limine* |
|  | File Exhibit List and Witness List, and Provide Court with Physical Binder of Contemplated Exhibits |
| July 1, 2026 | Oppositions to *Motions in Limine* |
|  | Joint Proposed Jury Instructions |
|  | Proposed Verdict Form |
|  | Joint Pretrial Conference Statement |
|  | Joint Involved Individuals List |

STIPULATED ORDER 25-
CR-00416-TSH

4

| Date | Deadline |
|------|----------|
| July 9, 2026 | Pretrial Conference at 10 a.m. |
| July 22, 2026 | Copies of Physical Exhibit Binders for Court and Witnesses Delivered to Court |
| July 23, 2026 | Juror Excusal Hearing (Based on Juror Questionnaire Responses) at 10 a.m. |
| July 27, 2026 | Jury Trial |

IT IS SO ORDERED.

DATED: May   20, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

STIPULATED ORDER 25-
CR-00416-TSH

5