CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7234
     Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:25-CR-00416 TSH |
| | ) |
| Plaintiff, | ) STIPULATION AND PROTECTIVE ORDER |
| | ) |
| v. | ) |
| | ) |
| CALEB ALEXANDER RANNEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

With the agreement of the parties, the Court enters the following Protective Order:

Defendant is charged with one count of Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1), and one count of Destruction of Government Property, in violation of 18 U.S.C. § 1361. The United States intends to produce certain video recordings or other materials pertaining to the charged offense conduct to defense counsel that include depictions of employees of U.S. Immigration and Customs Enforcement, other federal officers, and/or internal operations areas within 630 Sansome Street, San Francisco, California (collectively, the "Protected Information").

The United States will identify discovery materials as Protected Information by marking such

STIPULATED PROTECTIVE ORDER 3:25-CR-00416 TSH

1

materials "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" or by providing written notice identifying discovery materials as Protected Information.  The government shall exercise reasonable care in determining which discovery materials should be designated as Protected Information in order to avoid the over-designation of discovery materials as Protected Information.

To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

**IT IS HEREBY ORDERED** that defense counsel, their investigators, assistants, employees, and independent contractors (collectively, "the Defense Team") and the defendant may review all discovery material produced by the government, but may only use the materials provided pursuant to this protective order for the specific purpose of preparing or presenting a defense in this matter (unless specifically authorized by the Court), and shall not publicly disclose or otherwise share such materials.

The Defense Team may show witnesses Protected Information in the course of preparing a defense for trial or any related proceedings in this case if it is relevant to the defense of the case that the Defense Team discuss with or show the witness Protected Information.  Witnesses may only view Protected Information in the presence of the Defense Team.  No witness or potential witness may retain copies of discovery material that contains Protected Information after his or her review of those materials with the Defense Team is complete.

Defense counsel may also provide copies of Protected Information to any experts retained to assist with the preparation of the defense in the captioned case.  The defendant, all members of the Defense Team, and any experts who receive Protected Information under this Order shall be provided a copy of this Order along with those materials and shall sign and date the order reflecting their agreement to be bound by it.

The Defense Team shall maintain Protected Information safely and securely, and shall exercise reasonable care in ensuring the confidentiality of those materials by not divulging the contents or permitting anyone to see Protected Information except as set forth in this Protective Order.

This Order shall also apply to any copies made of any materials covered by this Order.

This Order shall not restrict either party's use of the materials provided pursuant to this protective order during trial.

**IT IS FURTHER ORDERED** that if a party files a pleading that contains or attaches Protected

STIPULATED PROTECTIVE ORDER 3:25-CR-00416 TSH

2

Information subject to this Order, the Protected Information must be filed under seal (accompanied by a request to file under seal) and redacted from the public filing, unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there are no pending proceedings, challenges, appeals, or habeas motions in the case, counsel for defendant shall either destroy discovery materials containing Protected Information (including any copies) within 30 days if the defendant consents to such destruction, or retain the Protected Information and ensure that the Protected Information will continue being kept under the conditions specified in this Order.  After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order.

This stipulation is without prejudice to either party applying to the Court to modify the terms of any protective order.  This Court shall retain jurisdiction to modify this Order upon motion of either party even after the conclusion of proceedings in this case.

**IT IS SO STIPULATED.**

CRAIG H. MISSAKIAN
United States Attorney

Dated:

_/s/_____
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys

_/s/_____
ANGELA CHUANG
Counsel for Defendant CALEB RANNEY

**IT IS SO ORDERED.**

Dated: June 9, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

STIPULATED PROTECTIVE ORDER 3:25-
CR-00416 TSH

3

By signing below, I acknowledge that I have been provided and have reviewed a copy of this Order and hereby agree to be bound by its terms:

| SIGNATURE | DATE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

STIPULATED PROTECTIVE ORDER 3:25-CR-00416 TSH

4