D, JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar No. 313445
SAMANTHA JAFFE, Bar No. 324739
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Angela_Chuang@fd.org

Counsel for Defendant RANNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB RANNEY,<br><br>Defendant. | **Case No.:** CR 25–416 TSH<br><br>**DECLARATION OF ANGELA CHUANG IN SUPPORT OF DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTIONS IN LIMINE**<br><br>**Court:**   Courtroom E, 15th Floor<br>**Hearing Date:**   July 9, 2026<br>**Hearing Time:**   10:00 a.m. |

I, ANGELA CHUANG, declare the following:

1. I am an Assistant Federal Public Defender with the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent Caleb Alexander Ranney in the above-captioned matter.

2. Attached as Exhibit J is a true and correct copy of external surveillance footage from 630 Sansome Street that I received in discovery.

CHUANG DECL.
*RANNEY*, CR 25–416 TSH

1

3.  Attached as Exhibit K is a true and correct copy of another angle of external surveillance footage from 630 Sansome Street that I received in discovery.

4.  Attached as Exhibit L is a true and correct copy of cell phone video footage taken by a bystander that appeared in a Mission Local article and that I received in discovery.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2026, in San Francisco, California.

_____
ANGELA CHUANG

CHUANG DECL.
*RANNEY*, CR 25–416 TSH

2