NATIVE PLACEHOLDER FOR

**EXHIBIT J**