NATIVE PLACEHOLDER

FOR **EXHIBIT K**