# NATIVE PLACEHOLDER FOR **EXHIBIT L**