UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  25-cr-00416-TSH-1 |
| Plaintiff, | |
| v. | **ORDER RE:  MOTIONS TO SEAL** |
| CALEB ALEXANDER RANNEY, | Re: Dkt. Nos. 31, 34 |
| Defendant. | |

The United States Attorney's Office (the "Government") charged Defendant Caleb Alexander Ranney with two criminal offenses:  (1) Assault on a Federal Officer (violation of 18 U.S.C. § 111(a)(1)); and (2) Destruction of Government Property (violation of 18 U.S.C. § 1361). ECF No. 1.  The case is set to proceed to jury trial on July 27, 2026.  ECF No. 21.

On June 24, 2026, Ranney filed two administrative motions to file under seal with his pretrial filings.  He filed one motion to seal in conjunction with his motions *in limine*.  *See* ECF Nos. 29 (Redacted Motions *In Limine*), 31 (Mot. to Seal).  He filed the other motion to seal in conjunction with his motion to suppress.  *See* ECF Nos. 32 (Redacted Motion to Suppress), 34 (Mot. to Seal).  On June 30, 2026, Ranney filed unredacted versions of his motions *in limine* and motion to suppress on the docket.  ECF Nos. 38, 39.  The Court then ordered Ranney to clarify whether he withdrew his motions to seal at ECF Nos. 31 and 34.  ECF No. 40.  On July 2, 2026, Ranney filed a response stating that he "partially withdraws his motions to seal insofar as they requested sealing portions of publicly filed briefing, but still seeks sealing of the named exhibits themselves, which are subject to the protective order."  ECF No. 49.

Criminal Local Rule 56-1 applies to filing material under seal in criminal cases.  *See* Crim. L.R. 56-1(a) ("This rule governs requests in criminal cases to file under seal documents or things,

whether pleadings, memoranda, declarations, documentary evidence or other evidence.").  Rule 56-1 outlines the procedure for moving to seal material in a criminal case, stating, in pertinent part:

> A party seeking to file material under seal must:
>
> (1) File and, unless the motion is filed ex parte, serve an Administrative Motion to File Under Seal, in conformance with Civil L.R. 7-11.

*Id.* at 56-1(c).

Here, the Government did not file a response to Ranney's motions to seal within four days of their filing, as required by the Civil Local Rules.  *See* Civ. L.R. 7-11(b) (stating that any opposition to or support for an administrative motion "must be filed no later than 4 days after the motion has been filed").  Ranney clarifies that he still seeks to seal the video exhibits.  ECF No. 49.  Therefore, out of an abundance of caution, the Court **ORDERS** the Government to file a response to Ranney's motions to seal, stating that it does not seek sealing of the video exhibits or explaining why sealing is warranted, no later than July 7, 2026.

**IT IS SO ORDERED.**

Dated: July 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2