UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CALEB ALEXANDER RANNEY,<br><br>            Defendant. | Case No.  25-cr-00416-TSH-1<br><br>**COURT'S PROPOSED VERDICT FORM** |

On July 1, 2026, the parties submitted proposed verdict forms.  ECF No. 47.  Below is the Court's proposed verdict form.

The parties shall be prepared to discuss any objections, comments, or suggestions concerning the form at the pretrial conference.

**IT IS SO ORDERED.**

Dated: July 8, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-cr-00416-TSH-1 |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| CALEB ALEXANDER RANNEY, | |
| Defendant. | |

We, the members of the jury in this action, have reached the following unanimous verdict with respect to each of the following counts of the Information:

**COUNT ONE**

1.  We find the defendant, Caleb Ranney (place an X on the appropriate line),

_____  NOT GUILTY

_____  GUILTY

of the crime of assault on a federal officer on or about August 8, 2025, as charged in Count One.

**COUNT TWO**

2.  We find the defendant, Caleb Ranney (place an X on the appropriate line),

_____  NOT GUILTY

_____  GUILTY

of the crime of destruction of government property on or about August 8, 2025, as charged in Count Two.

2

You have reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous decisions.  The Foreperson should sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict.

Dated: _____          _____

                                                      Foreperson

United States District Court
Northern District of California

3