CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Wistar.Wilson@usdoj.gov
Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CALEB ALEXANDER RANNEY,<br><br>Defendant | ) | No. 3:25-CR-00416-TSH<br><br>STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER |

With the agreement of the parties, the Court enters the following Protective Order:

Pursuant to its disclosure obligations under *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) and *Giglio v. United States*, 405 U.S. 150 (1972), the United States intends to produce to the defendant certain material(s) from a personnel file(s) and/or containing personal, sensitive, and confidential information pertaining to potential witnesses (the "Protected *Henthorn/Giglio* Information"). The parties stipulate to the entry of a protective order limiting the uses to which the Protected *Henthorn/Giglio* Information can be put. The United States will identify and designate such Protected *Henthorn/Giglio* Information by marking material(s) containing the same "CONFIDENTIAL—SUBJECT TO HENTHORN/GIGLIO PROTECTIVE ORDER" or by providing

written notice identifying such material(s) as Protected *Henthorn/Giglio* Information. The Court finds that there is good cause for issuance of such a protective order.

Therefore, **IT IS ORDERED THAT:**

1. The parties may not use the Protected *Henthorn/Giglio* Information in any other court proceeding or otherwise disclose any portion of the Protected *Henthorn/Giglio* Information without a court order. At the conclusion of the case, including the final disposition of an appeal of any conviction, the parties shall destroy the Protected *Henthorn/Giglio* Information.

2. If, after a review of the records, the defendant believes that the Protected *Henthorn/Giglio* Information or a portion thereof is admissible at trial, the defendant shall comply with the procedure for making a *Henthorn* inquiry as set forth in this Court's order regarding the United States' Motion *in Limine* No. 4. *See* Dkt. 74 at 7-8 (providing procedure for any *Henthorn* inquiry).

**IT IS SO STIPULATED.**

DATED: July 21, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys

/s/
ANGELA CHUANG
SAMANTHA JAFFE
Counsel for Defendant CALEB RANNEY

**IT IS SO ORDERED.**

Dated: July 23, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge