JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar No. 313445
SAMANTHA JAFFE, Bar No. 324739
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Angela_Chuang@fd.org

Counsel for Defendant RANNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB RANNEY,<br><br>Defendant. | **Case No.:** CR 25–416 TSH<br><br>**DECLARATION OF ANGELA CHUANG IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER BRADY V. MARYLAND**<br><br>**Court:**　　Courtroom 10, 19th Floor<br>**Hearing Date:**　July 27, 2026<br>**Hearing Time:**　9:00 a.m. |

I, ANGELA CHUANG, declare the following:

1. I am an Assistant Federal Public Defender with the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent Caleb Alexander Ranney in the above-captioned matter.

2. On December 19, 2025, my office emailed a discovery letter to AUSA Wistar Wilson, who confirmed receipt. A true and correct copy of that discovery letter is attached hereto as Exhibit F.

CHUANG DECL.
*RANNEY*, CR 25–416 TSH

1

3.  On June 25, 2026, I emailed the government a follow-up *Henthorn/Giglio* request. A true and correct copy of our email exchange is attached hereto as Exhibit A.

4.  On July 1, 2026, the government disclosed SA Rivero's notes from interviews with various potential witnesses, including FPS Inspector Stephen Glumaz. A true and correct copy of SA Rivero's notes from his May 20 interview with Inspector Glumaz is attached hereto as Exhibit E.

5.  On July 9, 2026, the Federal Public Defender investigator assigned to this case, Catherine Goulet, served a subpoena on FPS Inspector Glumaz ordering him to appear for trial on July 27, 2026.

6.  On July 21, 2026, the government sent me a letter regarding Inspector Glumaz and disclosing decades-old instances of dishonesty. A true and correct copy of that letter is attached hereto as Exhibit B (to be filed under seal).

7.  On the evening of July 22, 2026, the government disclosed an email dated March 25, 2026, with further details about Inspector Glumaz's decertification. This was the first time that the defense was made aware that Inspector Glumaz's decertification was a direct result of his actions in this case and a similar incident on August 20. A true and correct copy of that email is attached hereto as Exhibit C (to be filed under seal).

8.  Attached as Exhibit D are true and correct copies of several videos from the August 20 protest that the defense obtained through investigation following receipt of the email about Inspector Glumaz's decertification. These videos are identified as D1–D6. They depict the same team of agents as those involved in the instant matter engaging in excessive force against protesters.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2026, in Oakland, California.

_____
ANGELA CHUANG

CHUANG DECL.
*RANNEY*, CR 25–416 TSH

2