# EXHIBIT A

| | |
|---|---|
| **From:** | Angela Chuang |
| **To:** | "Cohen, Eli (USACAN)"; Samantha Jaffe |
| **Cc:** | Wilson, Wistar (USACAN) |
| **Subject:** | RE: Giglio/Henthorn request |
| **Date:** | Wednesday, July 1, 2026 12:26:00 PM |

Thanks for getting back to us. As a threshold note, GO 69 applies only to local and state law enforcement agencies; when it's federal agencies, the government is required to affirmatively seek out and produce any *Giglio* and *Henthorn* materials without the defense needing to seek a subpoena.

I'm sure you're aware of the widespread issues of ICE and other DHS agents lying (including under oath) in relation to the immigration surges in the cities that we referenced, as described in the sampling of articles below:

- https://www.cbsnews.com/minnesota/news/minnesota-protester-assault-cases-dismissed-minnesota/
- https://www.pbs.org/newshour/politics/lawyers-of-chicago-woman-shot-by-federal-agents-say-documents-show-how-dhs-lies-about-investigations
- https://news.wttw.com/2025/11/06/federal-judge-says-border-patrol-chief-greg-bovino-lied-about-being-hit-rock-deploying
- https://www.theguardian.com/us-news/2026/mar/26/ice-lawyers-justify-detaining-on-false-information
- https://www.k12dive.com/news/ice-agents-lausd-schools-parent-permission-padilla-schiff/745836/
- https://www.theguardian.com/us-news/2025/jul/28/doj-la-protesters-false-claims

Obviously, any information and records in the government's possession related to any of this cases' agents' involvement in incidents where federal agents were dishonest constitute *Brady* and *Giglio* material. The authority for that is *Brady* and *Giglio*. And we know that least one of your agents was deployed to Minnesota. We can take this up with the Court.

Regarding impeachment, if there is no *Henthorn* material, which appears to be your position, then there's nothing for you to evaluate. *Henthorn* material specifically refers to materials from personnel files. Your witnesses are subject to impeachment via other sources in the normal course. We are not obligated to preview non-*Henthorn* impeachment information for your witnesses.

Thanks,
Angela and Sam

**From:** Cohen, Eli (USACAN) <███████████████>
**Sent:** Wednesday, July 1, 2026 10:57 AM
**To:** Angela Chuang ██████████████████>; Samantha Jaffe ██████████████████>
**Cc:** Wilson, Wistar (USACAN)████████████████████
**Subject:** RE: Giglio/Henthorn request

Angela, Sam,

The government is aware of its ongoing *Giglio* and *Henthorn* obligations.  We have complied with them thus far in this case and will continue to do so.

The purpose of our motion *in limine* with regard to establishing a procedure for *Henthorn* inquiry was to request that you give the Court and the government notice should you intend to introduce any purported impeachment material we do not have in our possession, custody, or control, and to give the government an opportunity to object to its admission before it is presented before the jury.  The nature and scope of your demands below validates that concern.

As a substantive matter, your demands are overbroad and vague, and request information far beyond what the government is required to produce under Rule 16, *Brady*, *Jencks*, *Giglio*, and *Henthorn*.  We would be eager to review any legal authority that you believe entitles you to any of this information. You have cited none.

As just one example, your request for "*all records* for *any* government agents/officers/employees in this case regarding their involvement in immigration enforcement surges" throughout the United States.  This sweeping request goes well beyond the scope of the government's obligations under Rule 16, *Brady*, *Jencks*, *Giglio*, and *Henthorn*, and you cite to no authority to the contrary.  It appears to be a solicitation of non-discoverable and inadmissible information on a wide swath of government personnel.

As you are aware, you have the power pursuant to General Order No. 69 to seek the Court's permission to issue Rule 17 subpoenas to various agencies.  This is the proper vehicle for you to seek Court approval to obtain the records you seek.

Finally, we reiterate our request that if, at trial, you are in possession of any impeachment information upon which you intend to cross-examine government witnesses, or otherwise introduce, we have the opportunity to evaluate it so that we might be in a position to object to its admissibility.

Eli and Wistar

Sincerely,

*Eli J. Cohen*
Assistant United States Attorney
U.S. Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
O: ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

**From:** Angela Chuang ▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Thursday, June 25, 2026 9:34 AM
**To:** Wilson, Wistar (USACAN) ▮▮▮▮▮▮▮▮▮▮ >; Cohen, Eli (USACAN)
▮▮▮▮▮▮▮
**Cc:** Samantha Jaffe < ▮▮▮▮▮▮▮▮▮▮ >
**Subject:** [EXTERNAL] Giglio/Henthorn request

Hi Wistar and Eli,

We saw that one of your MILs is about Henthorn material. We haven't actually received any Henthorn material from you. Can you please produce all Henthorn material as soon as possible?

Additionally, we're making a few specific Giglio requests:

1. Please provide all records for any government agents/officers/employees in this case regarding their involvement in immigration enforcement surges (including any in Los Angeles, Chicago, Portland, DC, New Orleans, and Minnesota). This request specifically includes but is not limited to records of allegations and/or complaints of misconduct whether substantiated or not, records of allegations of violations of court orders, and records of any involvement in arrests and/or prosecutions where dishonesty on the part of government agents was alleged.

2. Please provide any such similar records related to immigration enforcement outside of the surges referred to in #1.

3. Please provide any records and/or information related to the membership, whether past or present, of any agent in the "I'm 10-15" Facebook group.

4. Please provide hiring, training, and criminal history records for any government agents/officers/employees in this case who have joined ICE/DHS since 2024.

Thanks,
Angela and Sam

Assistant Federal Public Defender
450 Golden Gate Ave., Floor 19
San Francisco, CA 94102
█████████ (cell)
She/her/hers