# EXHIBIT D

(Videos: D1–D6)