# EXHIBIT E

Wit:     Stephen Glumaz

20 MAY 2026 – 3:00pm


Wit has worked for FPS since 2003


- Wit heard the dispatched radio call and responded to the location.

- There were approximately 20-25 protesters at the location.

- All FPS personnel assisted in escorting the vans towards Battery St.

- After returning to the sally-port, someone was actively breaking the sally-port door from the outside.

- Wit was able to see through the now broken sally-port door, to wit he witnessed a single protester hitting the door.

- Wit stated that DC Hall ordered him, "Go ahead and shoot"

- Wit attempted to fire the 303 rounds at the thigh area of the protester damaging the federal facility.

- Wit advised that he was subsequently decertified as an FN-303 user.  Which he later intends to recertify at a later date.

- Wit stuck the barrel of his FN-303 out the hole in the sally-port and fired a volley of about 4 rounds.


USACR-000768

EX073-005