CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Wistar.Wilson@usdoj.gov
Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB ALEXANDER RANNEY,<br><br>Defendant. | Case No. 3:25-CR-00416 TSH<br><br>**JOINT STIPULATION AND TO EXTEND BRIEFING DEADLINES**<br><br>Trial Date: July 27, 2026<br>Judge: Hon. Thomas S. Hixson |

The parties in the above-captioned case jointly request and stipulate that the Court extend the briefing deadlines regarding the defendant's Motion to Dismiss Under *Brady v. Maryland* ("Motion"). *See* Dkt. 94. At the hearing on July 23, 2026, the Court ordered the government to respond to the defendant's Motion by the end of the day on July 24, 2026, and for the defendant to file any reply no later than the end of the day on July 25, 2026. *See* Dkt. 89. The government needs and is requesting additional time to respond to the defendant's Motion and gather materials as ordered by the Court. Therefore, the parties request and stipulate that the deadline for filing the government's response to the defendant's Motion be 8:00 a.m. on July 25, 2026, and that the deadline for any defense reply be

//

8:00 a.m. on July 26, 2026.

IT IS SO STIPULATED.

DATED: July 24, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys

DATED: July 24, 2026

JODI LINKER
Federal Public Defender

/s/
ANGELA CHUANG
SAMANTHA JAFFE
Assistant Federal Public Defenders

**ORDER**

For the reasons articulated in the parties' stipulation and for good cause shown, the Court orders that the deadline for the government to respond to the defendant's Motion (Dkt. 94) shall be extended to 8:00 a.m. on July 25, 2026, and that the deadline for any defense reply shall be extended to 8:00 a.m. on July 26, 2026.

IT IS SO ORDERED.

Date: July 24, 2026

HON. THOMAS S. HIXSON
U.S. Magistrate Judge