UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

CALEB ALEXANDER RANNEY,
Defendant.

Case No. 25-cr-00416-TSH-1

**ORDER RE: MOTION TO SEAL**

On July 25, 2026, the Government filed a motion to seal. ECF No. 106. The motion requests the sealing of Exhibits G, K and Q. The motion is **GRANTED**. However, the Government has also filed the motion to seal under seal and has also filed the Cohen Declaration under seal. Paragraph 3 of the Cohen Declaration says that the motion seeks the sealing of the motion as well as the exhibits, but in fact the motion does not seek the sealing of the motion, and the proposed order that accompanies the motion relates only to the exhibits. Further, neither the motion to seal nor the Cohen Declaration themselves contain sealable information. Accordingly, the Court **ORDERS** the Government to file the motion to seal and the Cohen Declaration on the public docket within two days of this order.

**IT IS SO ORDERED.**

Dated: July 28, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California