CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Wistar.Wilson@usdoj.gov
Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB ALEXANDER RANNEY,<br><br>Defendant. | NO. 3:25-CR-00416-TSH<br><br>STIPULATION TO EXTEND DEADLINE FOR JOINT SUPPLEMENTAL LETTER BRIEF FROM SEPTEMBER 1, 2026, TO SEPTEMBER 4, 2026, AND ~~[PROPOSED]~~ ORDER |

It is hereby requested and stipulated by and between counsel for the United States and counsel for the defendant CALEB ALEXANDER RANNEY, that the deadline for filing a joint supplemental letter brief in the aforementioned case be extended from September 1, 2026, to September 4, 2026.

On August 26, 2026, the parties filed a joint letter brief regarding outstanding discovery disputes. *See* Dkt. 147. In that joint letter brief, the government represented that it was unable to provide certain information and materials requested by the defense because of the Federal Protective Service ("FPS") had invoked the deliberative process privilege and because both FPS and the Department of Homeland Security Office of the Inspector General ("DHS-OIG") had invoked the Inspector General Act of 1978. *See id*. at 2-3.

On August 27, 2026, the Court noted that the parties had not "brief[ed] the merits of the application of the deliberate process privilege or the Inspector General Act to the records at issue" and ordered the parties to file a supplemental joint letter brief by September 1, 2026, on the merits of the two categories of discovery at issue. *See* Dkt. 148.

According to the government, following the Court's order, government counsel reached out to FPS and DHS-OIG regarding their privilege and/or statutory invocations and was informed that the agencies will need time to provide information supporting the invocation of these protections. Because government counsel need input and information from FPS and DHS-OIG to inform and incorporate into the government's briefing in the joint supplemental letter brief, the government will need more time to submit the joint supplemental letter brief than is contemplated by the September 1, 2026, deadline. Therefore, the parties are requesting an extension of the September 1, 2026, deadline in the Court's August 27, 2026 order (Dkt. 148) to September 4, 2026.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 28, 2026

/s/
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys

DATED: August 28, 2026

/s/
ANGELA CHUANG
SAMANTHA JAFFE
Counsel for Defendant CALEB ALEXANDER RANNEY

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the deadline in its August 27, 2026, order (Dkt. 148) for filing a joint supplemental letter brief should be extended from September 1, 2026, to September 4, 2026. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the deadline for filing a joint supplemental letter brief is extended from September 1, 2026, to September 4, 2026.

IT IS SO ORDERED.

DATED: August 28, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge