CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Wistar.Wilson@usdoj.gov
Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB ALEXANDER RANNEY,<br><br>Defendant. | NO. 3:25-CR-00416-TSH<br><br>STIPULATION TO EXTEND DEADLINE FOR FILING OF NARROWED REDACTIONS FROM SEPTEMBER 12, 2026, TO SEPTEMBER 18, 2026, AND ~~[PROPOSED]~~ ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant CALEB ALEXANDER RANNEY, that the deadline to file narrowly-tailed redactions to certain publicly-filed documents, or to file unredacted versions of those documents, be extended from September 12, 2026, to September 18, 2026.

On September 8, 2026, the Court issued an order regarding various administrative motions to seal filed by the parties in relation to various publicly-filed documents. Dkt. 159. However, neither party received electronic notice of the order through the ECF notification system, and both parties were unaware of its existence until September 11, 2026. The order commands the parties to meet and confer and to respectively file certain publicly-filed pleadings with more narrowly-tailored redactions, or

alternatively, to file the documents on the public docket, and for this to be done within four days of the order: by September 12, 2026. The parties met and conferred regarding the existence of the order and will continue to meet and confer in order to reach agreement on tailoring redactions, but are not in a position to comply with the terms of the order by the prescribed deadline.

Therefore, the parties hereby request and stipulate to an extension of the September 12, 2026, deadline to September 18, 2026, in order to allow further meet and confer efforts regarding the scope of redactions to the public filings in question and to file such narrowly-tailored redactions.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 11, 2026

/s/
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys

DATED: September 11, 2026

/s/
ANGELA CHUANG
SAMANTHA JAFFE
Counsel for Defendant RANNEY

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the deadline in its September 8, 2026, order regarding administrative motions to seal, dkt. 159, should be extended from September 12, 2026, to September 18, 2026. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the deadline for filing narrowly-tailored redactions to certain publicly-filed documents contemplated by the order, or alternatively filing unredacted versions of the documents, is extended from September 12, 2026, to September 18, 2026.

IT IS SO ORDERED.

DATED: September 11, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge