United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

CALEB ALEXANDER RANNEY,
Defendant.

Case No. 25-cr-00416-TSH-1

**ORDER RE: MOTIONS TO SEAL**

Re: Dkt. Nos. 169, 171, 173, 178

The Court previously invited the parties to propose redactions to several documents. *See* ECF Nos. 159, 161. The parties have done so and have filed additional motions to seal. *See* ECF Nos. 169, 171, 173, 178.

**A. ECF No. 171**

On September 16, 2026, the parties filed a Joint Administrative Motion to File Under Seal. ECF No. 171. The Government "has requested that the defense re-file two pleadings previously filed on the public docket without redactions, namely dkts. 112 and 132, with narrowly tailored redactions." *Id.* Ranney filed ECF No. 112 (Ranney's Motion for Reconsideration) on the public docket on July 26, 2026; he filed ECF No. 132 (Ranney's Reply to Motion for Reconsideration) on the public docket on August 14, 2026. The Court **DENIES** the request to retroactively seal ECF Nos. 112 and 132 which have been on the public docket for over one month.

On September 8, 2026, the Court issued an order on the parties' prior motions to seal. ECF No. 159. The Court denied the request to seal ECF No. 146-1 (Ranney's Opposition to Gov't Motion for Reconsideration) and invited the parties to propose narrow redactions to that filing. *Id.* In their joint motion, the parties propose redactions to ECF No. 146-1. ECF No. 171; *see* ECF No. 170-6 (Proposed Redactions). The proposed redactions concern allegations against Hall that are

also present in ECF No. 132. ECF No. 170-6. Because the Court denies the request to retroactively seal ECF No. 132, the Court **DENIES** the request to redact portions of ECF No. 146-1 as the information is already in the public record. The Court **ORDERS** Ranney to file an unredacted version of ECF No. 146-1 on the public docket within four days of this order.

**B. ECF No. 169**

On September 9, 2026, the Court issued an order on the parties' Motions for Reconsideration under seal. ECF No. 161. The Court invited the parties to propose redactions to that order prior to filing it on the public docket. *Id.* On September 16, 2026, the Government filed an Administrative Motion to File Under Seal that proposes redactions to the order at ECF No. 161. ECF No. 169; *see* ECF No. 168-2 (Proposed Redactions). The proposed redactions concern allegations against Hall that are also present in ECF No. 132 and information about Rivero's resignation that is not contained in public filings. ECF No. 168-2. For the reasons stated above, the Court **DENIES** the request to redact information about Hall. The Court **GRANTS** the request to redact information about Rivero. The Court will file a public version of the order at ECF No. 161 with redactions consistent with this order.

**C. ECF No. 173**

In its order on September 8, the Court denied the request to seal ECF Nos. 142-1 (Gov't Sur-Reply to Ranney's Motion for Reconsideration), 153 (Gov't Reply to Motion for Reconsideration), and 153-1 (Wilson Declaration) and invited the Government to propose narrow redactions to those filings. ECF No. 159. On September 18, 2026, the Government filed an Administrative Motion to File Under Seal that proposes redactions to those three filings. ECF No. 173; *see* ECF No. 172-2 (Proposed Redactions to Sur-Reply); ECF No. 172-4 (Proposed Redactions to Reply); ECF No. 172-6 (Proposed Redactions to Wilson Declaration).

The proposed redactions to ECF No. 142-1 concern allegations against Hall that are also present in ECF No. 132. ECF No. 172-2. For the reasons stated above, the Court **DENIES** the request to redact portions of ECF No. 142-1. The Court **ORDERS** the Government to file an unredacted version of ECF No. 142-1 on the public docket within four days of this order.

The proposed redactions to ECF No. 153 concern allegations about Rivero that are not

United States District Court
Northern District of California

contained in public filings. ECF No. 172-4. The Court **GRANTS** the request to seal ECF No. 153. The Court **ORDERS** the Government to file a version of ECF No. 153 on the public record with redactions as specified in ECF No. 172-4 within four days of this order.

The proposed redactions to ECF No. 153-1 consist of a single four-word phrase: "Timothy Rivero resignation letter." ECF No. 172-6. The Government states that redaction is necessary because the information references "a personnel action concerning an FPS officer." ECF No. 173. But the information merely states an action by Rivero and does not describe any actions taken by FPS on a personnel matter. The Court does not think that compelling interests exist to redact this phrase. Therefore, the Court **DENIES** the request to seal ECF No. 153-1 and **ORDERS** the Government to file an unredacted version of ECF No. 153-1 on the public docket within four days of this order.

**D. ECF No. 178**

On September 21, 2026, Ranney filed an Administrative Motion to Seal. ECF No. 178. Ranney moves to redact portions of his Response to the Government's Requests for Clarification and Supplemental Motions *in Limine* (ECF No. 176-1). *Id.* The proposed redactions concern allegations against Hall that are also present in ECF No. 132 and information about Rivero's resignation. ECF No. 176-1. For the reasons stated above, the Court **DENIES** the request to redact information about Hall. The Court **GRANTS** the request to redact information about Rivero. The Court **ORDERS** Ranney to file a version of ECF No. 176-1 on the public record with redactions consistent with this order within four days of this order.

**IT IS SO ORDERED.**

Dated: October 5, 2026

THOMAS S. HIXSON
United States Magistrate Judge