UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 5, 2026 **Time:** 9:26 AM - 4:41 PM **Judge:** THOMAS S. HIXSON

**Case No.**: 25-cr-00416-TSH-1 **Case Name:** UNITED STATES v. Caleb Alexander Ranney

**Attorney for Plaintiff: Wistar Wilson, Eli Cohen**
**Attorney for Defendant: Angela Chuang, Samantha Jaffe**
**Defendant:** [x ] Present [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody [ x ] Not in Custody

**Deputy Clerk:** Aris Garcia **Reported by:** Ruth Eckhaus Levine

## PROCEEDINGS

Jury Selection - HELD

See attached trial log

**CASE CONTINUED TO: 10/6/2026 at 9:00 AM for Jury Trial**.

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Thomas S. Hixson | | Wistar Wilson, Eli Cohen | | Angela Chuang, Samantha Jaffe |
| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK:** |
| 10/5/2026 | | Ruth Eckhaus Levine | | Aris Garcia |



| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Thomas S. Hixson | | Wistar Wilson, Eli Cohen | | Angela Chuang, Samantha Jaffe |
| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK:** |
| 10/5/2026 | | Ruth Eckhaus Levine | | Aris Garcia |



| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | **10/5/2026** | | | | |
| | | **9:26 AM** | | | **Court is in session. Discussion held with counsel outside the presence of the jury.** | |
| | | **9:28 AM** | | | **Court is in recess** | |
| | | **9:39 AM** | | | **Discussion held re: supplemental questionnaire outside the presence of the jury.** | |
| | | **9:51 AM** | | | **Panel of 90 prospective jurors enters the Courtroom.** | |
| | | **9:53 AM** | | | **Panel of 90 prospective jurors placed under oath. The Court conducts voir dire for the first group Jurors 1-30 including Juror 50.** | |
| | | **11:16 AM** | | | **Court is in recess** | |
| | | **11:33 AM** | | | **The Court resumes Voir Dire of the first group of Jurors 1-30 including Juror 50.** | |
| | | **12:48 PM** | | | **Jury paneled dismissed for lunch except Juror 50. Discussion held with just counsel outside the presence of the jury.** | |
| | | **12:50 PM** | | | **Juror 50 is excused. Court is in recess.** | |
| | | **1:40 PM** | | | **Court back in session. Additional voir dire of Juror 25 outside the presence of the other prospective jurors.** | |
| | | **1:46 PM** | | | **Govt Voir Dire by Wistar Wilson** | |
| | | **2:02 PM** | | | **Def Voir Dire by Angela Chuang** | |
| | | **2:18 PM** | | | **Court is in recess.** | |
| | | **2:55 PM** | | | **Court in session. Voir Dire by the Court of prospective jurors 30 – 40.** | |
| | | **3:53 PM** | | | **Court is in recess. Counsel and Court reporter hold discussion with the Court outside the presence of the jury panel.** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **4:11 PM** | | | **Court is back in session.** | |
| | | **4:12 PM** | | | **12 Jurors and 2 alternates are sworn and given instructions.** | |
| | | **4:42 PM** | | | **Court is in recess.** | |