UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CALEB ALEXANDER RANNEY,<br>Defendant. | Case No. 25-cr-00416-TSH-1<br><br>**VERDICT FORM** |

We, the members of the jury in this action, have reached the following unanimous verdict with respect to each of the following counts of the Information:

**COUNT ONE**

1: We find the defendant, Caleb Ranney (place an X on the appropriate line),

__X__ NOT GUILTY

________ GUILTY

of the crime of assault on a federal officer on or about August 8, 2025, as charged in Count One.

**COUNT TWO**

2. We find the defendant, Caleb Ranney (place an X on the appropriate line),

__X__ NOT GUILTY

________ GUILTY

of the crime of destruction of government property on or about August 8, 2025, as charged in Count Two.

United States District Court
Northern District of California

You have reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous decisions. The Foreperson should sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict.

Dated: Oct 9, 2026 Michael Higgins
Foreperson

United States District Court
Northern District of California